MN, ND-305
(5/94)

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MINNESOTA

### Unclaimed Dividends/Distribution Less Than $5 for Deposit to Registry Fund

Debtor: _James Andrew Conklin and Tamra Jo Conklin

Chapter 7 Case No. 08-41235

Please Check One:

_____ Unclaimed Dividends

___✓___ Distribution Less Than $5

| Name and Address of Creditor | Claim No. | Amount Claimed | Distribution Amount |
|---|---|---|---|
| Capital One Bank (USA) N.A.<br>C/o TSYS Debt Management (TDM)<br>P.O. Box 5155<br>Norcross, GA 30091 | 7 | 240.81 | 4.06 |

Dated: January 13, 2010

Randall L. Seaver, Trustee

C:\Data\randy\Trustee-Mpls\Conklin\Unclaimed Dividends Distribution Less than $5.wpd

# RANDALL L. SEAVER
## UNITED STATES CHAPTER 7 PANEL TRUSTEE

PORTLAND CORPORATE CENTER
12400 PORTLAND AVENUE SOUTH, SUITE 132
BURNSVILLE, MN 55337

Telephone: (952) 890-0888
Facsimile (952) 890-0244

January 13, 2010

Office of the Clerk
U.S. Bankruptcy Court
300 South Fourth Street, Suite 301
Minneapolis, MN 55415

RE:   James Andrew Conklin and Tamra Jo Conklin
      BKY No. 08-41235

Dear Sir/Madam:

Enclosed for filing in the above matter is MN Form 305 regarding Distributions Less than $5. Also enclosed is an estate check in the amount of $4.06 pursuant to that form.

Very truly yours,

Randall L. Seaver
Trustee
rlseaver@fullerseaverramette.com

RLS:klf
Enclosure
cc:   United States Trustee